No. 234. DWYER *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Jefferson County, Illinois, denied.

No. 238. COVINGTON *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 240. RAMOS *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the Court of General Sessions, New York County, New York, denied.

No. 242. KOBLEY *v.* RAGEN, WARDEN;

No. 248. MORRIS *v.* RAGEN, WARDEN; and

No. 249. PRIDGEN *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 250. PRIDGEN *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 251. PRIDGEN *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois. October 14, 1946. Denied.

No. 257. RENO *v.* RAGEN, WARDEN;

No. 259. MCMARTIN *v.* RAGEN, WARDEN; and

No. 260. MINOR *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.